## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Seth Landon Hensarling                                    Case No. 24-51023-KMS
         Shelby Brooke Hensarling, Debtors                          CHAPTER 13

### NOTICE

The above referenced debtors have filed papers with the court to allow payment arrearage.

**Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to amortize the payments, or if you want the court to consider your views on the Motion, then on or before 30 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Dan M. Russell, Jr. United States Courthouse
2012 15th St., Ste. 244
Gulfport, MS 39501

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Allow Payment Arrearage.

Date: August 29, 2025         Signature:    /s/ Thomas C. Rollins, Jr.
                                            Thomas C. Rollins, Jr. (MSBN 103469)
                                            Jennifer Ann Curry Calvillo (MSBN 104367)
                                            The Rollins Law Firm, PLLC
                                            P.O Box 13767
                                            Jackson, MS 39236

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Seth Landon Hensarling                                        Case No. 24-51023-KMS
         Shelby Brooke Hensarling, Debtors                             CHAPTER 13

## MOTION TO ALLOW PAYMENT ARREARAGE

COME NOW, Debtors, by and through counsel, and moves this Court to amortize their past due Chapter 13 plan payments, and in support thereof, would show the Court as follows:

1. Debtors filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code.

2. Debtors fell behind on the plan payments due to the debtor recently being deployed overseas.

3. As a result of this deployment, the household has experienced a significant adjustment in income. The Joint Debtor is working to manage expenses and adapt to these changes while the Debtor is away.

4. Debtors are requesting this Honorable Court to amortize the past due plan payments over the life of the plan, including any ongoing mortgage payments being paid through the plan.

5. Debtors are requesting that their Chapter 13 plan payments be increased as necessary to compensate for the lost plan payments with ongoing payments to resume in October 2025.

WHEREFORE, Debtors pray for an Order granting the above requested relief and any additional relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
Jennifer Ann Curry Calvillo (MS Bar No. 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

<u>CERTIFICATE OF SERVICE</u>

   I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Allow Payment Arrearage was forwarded on August 29, 2025, to:

By Electronic CM/ECF Notice:

   Chapter 13 Case Trustee

   U.S. Trustee

               /s/ Thomas C. Rollins, Jr.
               Thomas C. Rollins, Jr.

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 24-51023 |
|---|---|
| SETH LANDON HENSARLING<br>SHELBY BROOKE HENSARLING | **DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 8/29/2025, I did cause a copy of the following documents, described below,

Notice and Motion to Allow Payment Arrearages

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 8/29/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601 500 5533
trollins@therollinsfirm.com

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 24-51023 |
|---|---|
| SETH LANDON HENSARLING<br>SHELBY BROOKE HENSARLING | **CERTIFICATE OF SERVICE<br>DECLARATION OF MAILING**<br>Chapter: 13 |

On 8/29/2025, a copy of the following documents, described below,

Notice and Motion to Allow Payment Arrearages

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/29/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| CASE INFO | ~~EXCLUDE~~ | ~~EXCLUDE~~ |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 24-51023<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>FRI AUG 29 11-15-17 PST 2025 | ~~(U)VILLAGE CAPITAL INVESTMENT LLC~~ | ~~US BANKRUPTCY COURT~~<br>~~DAN M RUSSELL JR US COURTHOUSE~~<br>~~2012 15TH STREET SUITE 244~~<br>~~GULFPORT MS 39501-2036~~ |

| USPS CHANGE | | |
|---|---|---|
| ACHIEVE PERSONAL LOAN<br>2114 E ACHIEVE WAY<br>TEMPE AZ 85288-6230 | AFFIRM INC<br>ATTN BANKRUPTCY<br>650 CALIFORNIA ST<br>FL 12<br>SAN FRANCISCO CA 94108-2716 | AFFIRM INC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 |
| AIDVANTAGE<br>ATTN BANKRUPTCY<br>PO BOX 300001<br>GREENVILLE TX 75403-3001 | AIDVANTAGE ON BEHALF OF<br>DEPT OF ED LOAN SERVICES<br>PO BOX 300001<br>GREENVILLE TX 75403-3001 | CBC RECOVERY LLC<br>PO BOX 1529<br>HATTIESBURG MS 39403-1529 |
| | | ~~EXCLUDE~~ |
| CITIBANKSHELL OIL<br>PO BOX 790040<br>ST LOUIS MO 63179-0040 | (P)CITIZENS BANK N A<br>ATTN BANKRUPTCY TEAM<br>ONE CITIZENS BANK WAY<br>JCA115<br>JOHNSTON RI 02919-1922 | ~~(D)(P)CITIZENS BANK N A~~<br>~~ATTN BANKRUPTCY TEAM~~<br>~~ONE CITIZENS BANK WAY~~<br>~~JCA115~~<br>~~JOHNSTON RI 02919-1922~~ |
| FGH HUMAN RESOURCES<br>125 S 28TH AVE<br>HATTIESBURG MS 39401-7152 | FREEDOMPLUS<br>ATTN BANKRUPTCY<br>1875 S GRANT ST<br>STE 400<br>SAN MATEO CA 94402-2676 | INTERNAL REVENUE SERVI<br>CENTRALIZED INSOLVENCY<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVI<br>CO US ATTORNEY<br>501 EAST COURT ST<br>STE 4430<br>JACKSON MS 39201-5025 | (P)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | (P)LEAD BANK<br>1801 MAIN STREET<br>KANSAS CITY MO 64108-2352 |
| NATALIE BROWN ESQ<br>RUBIN LUBLIN LLC<br>FOR VILLAGE CAPITAL INVESTMENT LLC<br>3145 AVALON RIDGE PLACE S-100<br>PEACHTREE CORNERS GA 30071-1570 | NAVIENT<br>ATTN BANKRUPTCY<br>PO BOX 9635<br>WILKES BARRE PA 18773-9635 | NAVY FCU<br>ATTN BANKRUPTCY<br>PO BOX 3000<br>MERRIFIELD VA 22119-3000 |
| NAVY FEDERAL CREDIT UNION<br>PO BOX 3000<br>MERRIFIELD VA 22119-3000 | ONEMAIN FINANCIAL GROUP LLC<br>PO BOX 3251<br>EVANSVILLE IN 47731-3251 | RESURGENT RECEIVABLES LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 |
| SHEFFIELD FINANCIAL<br>ATTN BANKRUPTCY<br>214 N TRYON ST<br>CHARLOTTE NC 28202-1078 | SHEFFIELD FINANCIAL A DIVISION OF<br>TRUIST BA<br>PO BOX 1847<br>WILSON NC 27894-1847 | SYNCHRONY<br>ATTN BANKRUPTCY<br>PO BOX 955060<br>ORLANDO FL 32896-5060 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| SYNCHRONY BANK<br>BY AIS INFOSOURCE LP AS AGENT<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 | TOYOTA FINANCIAL<br>ATTN BANKRUPTCY<br>PO BOX 259004<br>PLANO TX 75025-9004 | TOYOTA MOTOR CREDIT CORPORATION<br>PO BOX 9013<br>ADDISON TEXAS 75001-9013 |
| US BANK NA DBA ELAN FINANCIAL SERVICES<br>BANKRUPTCY DEPARTMENT<br>PO BOX 108<br>SAINT LOUIS MO 63166-0108 | US BANKCORP<br>ATTN BANKRUPTCY<br>800 NICOLLET MALL<br>MINNEAPOLIS MN 55402-7000 | US ATTORNEY GENERAL<br>US DEPT OF JUSTICE<br>950 PENNSYLVANIA AVENW<br>WASHINGTON DC 20530-0001 |
| EXCLUDE<br>UNITED STATES TRUSTEE<br>501 EAST COURT STREET<br>SUITE 6-430<br>JACKSON MS 39201-5022 | (P)VILLAGE CAPITAL<br>ATTN ADAM MAAS<br>2550 PASEO VERDE PARKWAY SUITE100<br>HENDERSON NV 89074-7129 | VILLAGE CAPITAL INVESTMENT LLC<br>2460 PASEO VERDE PARKWAY<br>SUITE 110<br>HENDERSON NV 89074-7136 |
| WAYNE EMERGENCY GROUP LLC<br>PO BOX 1123<br>MINNEAPOLIS MN 55440-1123 | EXCLUDE<br>(P)DAVID RAWLINGS<br>ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE<br>PO BOX 566<br>HATTIESBURG MS 39403-0566 | DEBTOR<br>SETH LANDON HENSARLING<br>74 MCRANEY RD<br>PURVIS MS 39475-4286 |
| SHELBY BROOKE HENSARLING<br>74 MCRANEY RD<br>PURVIS MS 39475-4286 | EXCLUDE<br>THOMAS CARL ROLLINS JR<br>THE ROLLINS LAW FIRM PLLC<br>PO BOX 13767<br>JACKSON MS 39236-3767 | |