**DAVID RAWLINGS, TRUSTEE**
**P.O. BOX 566**
**HATTIESBURG, MS  39403**
**TELEPHONE (601) 582-5011**

DATE:  February 25, 2026

SETH LANDON HENSARLING
SHELBY BROOKE HENSARLING
74 McRaney Rd
Purvis, MS  39475

CASE NO.  24-51023 KMS

RE:    NOTICE OF DEFAULT

Dear Debtors:

   Pursuant to a previous Order of this Court, **if you become delinquent in your Chapter 13 payments, your case will be dismissed without further hearing**. Enclosed is a printout showing your payment history. As you can see, your payments are delinquent.

   The Order of Dismissal will be sent to the Court fourteen (14) days from the date of this letter unless you are current with your plan payments or other relief is sought.

   A copy of this letter is being forwarded to your attorney.

OFFICE OF THE STANDING TRUSTEE

/s/  DAVID RAWLINGS, TRUSTEE
CASE ADMINISTRATOR:  TRACY FOUNDS

COUNSEL FOR DEBTORS:

   THOMAS C. ROLLINS, JR
   P O Box 13767
   Jackson, MS  39236

DAVID RAWLINGS, STANDING TRUSTEE
INQUIRY ON CASE 24-51023 KMS, SETH LANDON & SHELBY BROOKE HENSARLING

## RECEIPT DATA

| | | | |
|---|---|---|---|
| TOTAL RCPTS: $16,742.21 | # MO. SINCE CON: 17 | RCPTS OVERDUE: $2,202.10 |
| LAST RCPT: 02/09/2026 | # MO. REMAINING: 28 | |
| RCPTS DUE: $44,994.32 | TOTAL PLAN LENGTH: 60 | |

### RECEIPT SCHEDULE  (Payroll Order)

| NAME | AMOUNT | START DATE | # OF PERIODS | FREQUENCY |
|---|---|---|---|---|
| SETH LANDON HENSARLING | $1,628.42 | 08/18/2024 | 1 | MONTHLY |
| SETH LANDON HENSARLING | $407.11 | 09/18/2024 | 1 | MONTHLY |
| SETH LANDON HENSARLING | $0.00 | 10/18/2024 | 3 | MONTHLY |
| SETH LANDON HENSARLING | $1,628.42 | 01/18/2025 | 3 | MONTHLY |
| SETH LANDON HENSARLING | $1,628.42 | 04/18/2025 | 2 | MONTHLY |
| SETH LANDON HENSARLING | $624.58 | 06/18/2025 | 1 | MONTHLY |
| SETH LANDON HENSARLING | $0.00 | 07/18/2025 | 3 | MONTHLY |
| SETH LANDON HENSARLING | $1,628.42 | 10/18/2025 | 46 | MONTHLY |
| SETH LANDON HENSARLING | $0.00 | 08/18/2029 | End of Plan | MONTHLY |

### RECEIPTS FOR THE LAST SIX MONTHS:

| DATE | TYPE | REFERENCE | AMOUNT | SOURCE |
|---|---|---|---|---|
| 10/21/2025 | TFS | 959861 | $850.00 | TFS 10/21/2025 |
| 10/28/2025 | TFS | 960680 | $850.00 | TFS 10/28/2025 |
| 11/19/2025 | TFS | 963285 | $850.00 | TFS 11/19/2025 |
| 11/26/2025 | TFS | 964068 | $425.00 | TSF 11/26/2025 |
| 12/02/2025 | TFS | 964826 | $425.00 | TFS 12/2/2025 |
| 12/29/2025 | TFSMPP | 967409 | $850.00 | |
| 01/05/2026 | TFS | 968663 | $850.00 | TFS 1/5/2026-2 |
| 02/09/2026 | TFS | 972913 | $840.00 | TFS 2/9/2026 |