United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                    Case No. 24-51023-KMS

Seth Landon Hensarling                                                    Chapter 13

Shelby Brooke Hensarling

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-6                     User: mssbad                      Page 1 of 3

Date Rcvd: Mar 26, 2026             Form ID: ntcdsm                 Total Noticed: 34

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Seth Landon Hensarling, Shelby Brooke Hensarling, 74 McRaney Rd, Purvis, MS 39475-4286 |
| 5396945 | | CBC Recovery LLC, PO Box 1529, Hattiesburg, MS 39403-1529 |
| 5396948 | + | FGH Human Resources, 125 S 28th Ave, Hattiesburg, MS 39401-7152 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5396942 | ^ | MEBN | Mar 26 2026 19:42:00 | Achieve Personal Loan, 2114 E Rio Salado Blvd, Tempe, AZ 85281 |
| 5396943 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Mar 26 2026 19:56:55 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 5403520 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 26 2026 19:56:51 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5396944 | + | EDI: MAXMSAIDV | Mar 26 2026 23:40:00 | Aidvantage, Attn: Bankruptcy, Po Box 300001, Greenville, TX 75403-3001 |
| 5430985 | + | EDI: MAXMSAIDV | Mar 26 2026 23:40:00 | Aidvantage on behalf of, Dept of Ed Loan Services, PO BOX 300001, Greenville TX 75403-3001 |
| 5417228 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 26 2026 19:47:00 | Citizens Bank N.A., One Citizens Bank Way JCA115, Johnston, RI 02919 |
| 5396947 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 26 2026 19:47:00 | Citizens One, Attn: Bankruptcy, One Citizens Plaza, Providence, RI 02903 |
| 5396946 | + | EDI: CITICORP | Mar 26 2026 23:40:00 | Citibank/Shell Oil, Po Box 790040, St Louis, MO 63179-0040 |
| 5396949 | + | Email/Text: bk@freedomfinancialnetwork.com | Mar 26 2026 19:47:00 | FreedomPlus, Attn: Bankruptcy, 1875 S Grant St, Ste 400, San Mateo, CA 94402-2676 |
| 5396951 | + | Email/Text: ebone.woods@usdoj.gov | Mar 26 2026 19:48:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5396950 | | EDI: IRS.COM | Mar 26 2026 23:40:00 | Internal Revenue Servi, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5412813 | | EDI: JEFFERSONCAP.COM | Mar 26 2026 23:40:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 5396952 | | Email/Text: bankruptcies@lead.bank | Mar 26 2026 19:47:00 | Lead Bank, 1801 Main St, Kansas City, MO 64108 |
| 5399213 | + | Email/Text: BKNC@rlselaw.com | Mar 26 2026 19:47:00 | Natalie Brown, Esq., Rubin Lublin, LLC, For Village Capital & Investment LLC, 3145 Avalon Ridge Place S-100, Peachtree Corners, GA |

District/off: 0538-6    User: mssbad    Page 2 of 3

Date Rcvd: Mar 26, 2026    Form ID: ntcdsm    Total Noticed: 34

| | | | |
|---|---|---|---|
| | | | 30071-1570 |
| 5396953 | + EDI: MAXMSAIDV | Mar 26 2026 23:40:00 | Navient, Attn: Bankruptcy, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 5396954 | + EDI: NFCU.COM | Mar 26 2026 23:40:00 | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 5407917 | + EDI: NFCU.COM | Mar 26 2026 23:40:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 5396955 | EDI: AGFINANCE.COM | Mar 26 2026 23:40:00 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 5420667 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 26 2026 19:56:59 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5396956 | + Email/Text: bankruptcy@bbandt.com | Mar 26 2026 19:47:00 | Sheffield Financial, Attn: Bankruptcy, 214 N Tryon St, Charlotte, NC 28202-1078 |
| 5401948 | Email/Text: bankruptcy@bbandt.com | Mar 26 2026 19:47:00 | Sheffield Financial, a division of Truist Bank, PO Box 1847, Wilson, NC 27894-1847 |
| 5396957 | EDI: SYNC | Mar 26 2026 23:40:00 | Synchrony, Attn: Bankruptcy, PO Box 955060, Orlando, FL 32896-5060 |
| 5421154 | + EDI: AIS.COM | Mar 26 2026 23:40:00 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5396958 | ^ MEBN | Mar 26 2026 19:42:04 | Toyota Financial, Attn: Bankruptcy, Po Box 259004, Plano, TX 75025-9004 |
| 5413853 | + Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Mar 26 2026 19:47:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 5418204 | EDI: USBANKARS.COM | Mar 26 2026 23:40:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 5396959 | + EDI: USBANKARS.COM | Mar 26 2026 23:40:00 | U.S. Bankcorp, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7000 |
| 5396960 | ^ MEBN | Mar 26 2026 19:41:50 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5396961 | Email/Text: bk@villagecapital.com | Mar 26 2026 19:47:00 | Village Capital, Attn: Bankruptcy, 2550 Paseo Verde Pkwy, Suite 100, Henderson, NV 89074 |
| 5408591 | ^ MEBN | Mar 26 2026 19:41:54 | Village Capital & Investment, LLC, 2460 Paseo Verde Parkway, Suite 110, Henderson, NV 89074-7136 |
| 5419099 | + Email/Text: BNCnotices@dcmservices.com | Mar 26 2026 19:47:00 | Wayne Emergency Group LLC, PO Box 1123, Minneapolis MN 55440-1123 |

TOTAL: 31

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | VILLAGE CAPITAL & INVESTMENT LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

District/off: 0538-6        User: mssbad        Page 3 of 3

Date Rcvd: Mar 26, 2026        Form ID: ntcdsm        Total Noticed: 34

**in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2026        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |
| David Rawlings | on behalf of Trustee David Rawlings ecfnotices@rawlings13.net sduncan@rawlings13.net |
| Natalie Kareda Brown | on behalf of Creditor VILLAGE CAPITAL & INVESTMENT LLC nbrown@rlselaw.com lcaplan@rlselaw.com;akhosla@rlselaw.com;ruluecf@gmail.com;BKRL@ecf.courtdrive.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Seth Landon Hensarling trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Shelby Brooke Hensarling trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 6

Form ntcdsm (Rev. 12/23)

## UNITED STATES BANKRUPTCY COURT
Southern District of Mississippi

Case No.:  24−51023−KMS
Chapter:  13

In re:

Seth Landon Hensarling
74 McRaney Rd
Purvis, MS 39475

Shelby Brooke Hensarling
74 McRaney Rd
Purvis, MS 39475

Last four digits of Social−Security or Individual Tax−Payer−Identification (ITIN) No(s)., (if any):

xxx−xx−7679

xxx−xx−9650

Employer Tax Identification No(s). (if any):

### Notice of Dismissal

You are hereby notified that an Order Dismissing the above case was entered on March 26, 2026.

Dated: 3/26/26

Danny L. Miller, Clerk of Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790