_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: March 30, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                          CHAPTER 13 PROCEEDING:
SETH LANDON HENSARLING                                     24-51023 KMS
SHELBY BROOKE HENSARLING
74 McRaney Rd                                              SSN:  XXX-XX-7679
Purvis, MS  39475

### RELEASE OF WAGES

THE ORDER heretofore entered in these proceedings by which the debtor's employer:

CSPIRE
attn: Payroll Dept
1018 HIGHLAND COLONY PKWY
RIDGELAND, MS  39157

was required to pay debtor's earnings or a portion thereof to:

DAVID RAWLINGS, TRUSTEE
LOCK P.O. BOX 871
HATTIESBURG, MS  39403
(601) 582-5011

IS VACATED AND THE ABOVE NAMED EMPLOYER WILL HENCEFORTH ACCOUNT
DIRECTLY TO THE EMPLOYEE FOR WAGES EARNED.

##END OF ORDER##

SUBMITTED BY:

/s/ DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
(601) 582-5011
ecfNotices@rawlings13.net